IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07–cv–00208–EWN–CBS

GARY W. FLANDERS,

    Plaintiff,

v.

JEFFREY L. HILL, Trustee,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Motion to Stay the Requirements of the Court's Rule 16(b) Scheduling and Planning Order Pending Ruling on Plaintiff's Notice to Dismiss Complaint for Declaratory Judgment (*doc. no. 6)* is **GRANTED**.  Accordingly, it is further

    **ORDERED** that the scheduling conference set for **March 20, 2007**, and all related deadlines are **VACATED**.

**DATED:**    February 26, 2007